# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CAMP, an individual, and LAURA BETH WALLER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL EMPLOYEE SERVICES, LLC d/b/a INSURANCE BRANCH, a Utah limited liability company, and BRENDON CASSITY, an individual,<br><br>    Defendants. | Case No. 1:24-cv-03568-RJL |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

This matter came before the Court on the Motion to Dismiss for Failure to State a Claim (the "Motion") filed by Defendants Professional Employee Services, LLC d/b/a Insurance Branch and Brendon Cassity (collectively, "Defendants"). The Court has reviewed the Motion and all documents submitted by Defendants and Plaintiffs David Camp and Laura Beth Waller (collectively, "Plaintiffs") in connection with the Motion. Now being fully advised in the premises thereof, the Court hereby ORDERS as follows:

The Motion is GRANTED. Plaintiffs' complaint filed December 20, 2024 (Dkt. No. 1) is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

_____
Hon. Richard J. Leon