UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CAMP, an individual, and LAURA BETH WALLER, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROFESSIONAL EMPLOYEE SERVICES, LLC d/b/a INSURANCE BRANCH, a Utah limited liability company, and BRENDON CASSITY, an individual,<br><br>　　　　Defendants. | Case No. 1:24-cv-03568-RJL |

**RULE 7.1 AND LOCAL RULE 26.1 DISCLOSURE STATEMENT OF DEFENDANT PROFESSIONAL EMPLOYEE SERVICES, LLC D/B/A INSURANCE BRANCH**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 26.1, I, the undersigned counsel for Defendant Professional Employee Services, LLC d/b/a Insurance Branch ("Insurance Branch"), certify that to the best of my knowledge and belief, Insurance Branch is a nongovernmental corporate party. Insurance Branch has no parent corporation, and no publicly held corporation owns 10% or more of Insurance Branch's stock or membership units or interests. These representations are made in order that judges of this Court may determine the need for recusal.

DATED: January 24, 2025.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Patrick J. Curran Jr.*
　　　　　　　　　　　　　　　　　　　　Patrick J. Curran Jr. (DC Bar. No. 1026302)
　　　　　　　　　　　　　　　　　　　　Davis Wright Tremaine LLP
　　　　　　　　　　　　　　　　　　　　1301 K Street NW, Suite 500 East
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 973-4200
　　　　　　　　　　　　　　　　　　　　(202) 973-4299 (facsimile)
　　　　　　　　　　　　　　　　　　　　patcurran@dwt.com

*/s/ Daniel K. Brough*
Daniel K. Brough (Utah Bar No. 10283)
Bennett Tueller Johnson & Deere
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
(801) 438-2000
(801) 438-2050 (facsimile)
dbrough@btjd.com
*(Pro hac vice admission to be sought)*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served upon counsel of record for all parties who have made an appearance via this Court's CM/ECF system.

                                        */s/ Patrick J. Curran Jr.*
                                        Patrick J. Curran Jr.